IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON L. BROWN,                           : | |
|     Plaintiff,                                       : | |
|                                                                : | |
| v.                                                          : | CIVIL ACTION NO. 20-CV-2810 |
|                                                                : | |
| JUDGE RICHARD M. CAPPELLI,    : | |
|     Defendant.                                   : | |

## ORDER

AND NOW, this 27th day of July, 2020, upon consideration of Jason L. Brown's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), "Motion for Injunctive Relief Pursuant [to] Federal Rule 8(a) of Civil Procedure" (ECF No. 3), "Motion for Service of Complaint Pursuant [to] Federal Rule 4.1 of Civil Procedure" (ECF No. 4), and "Motion Indicating Reproduced Record Discussed in Motion for Injunctive Relief" (ECF No. 5), and Defendant's Motion to Dismiss (ECF No. 8), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. Brown's Complaint is **DISMISSED** in its entirety for the reasons stated in the Court's Memorandum as follows:

    a. Claims barred by the *Rooker-Feldman* doctrine are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction; and

    b. Brown's remaining claims are **DISMISSED WITH PREJUDICE**.

4. Brown's "Motion for Injunctive Relief Pursuant [to] Federal Rule 8(a) of Civil Procedure" (ECF No. 3), "Motion for Service of Complaint Pursuant [to] Federal Rule 4.1 of

Civil Procedure" (ECF No. 4), and "Motion Indicating Reproduced Record Discussed in Motion for Injunctive Relief" (ECF No. 5) are **DENIED.**

5. The Motion to Dismiss (ECF No. 8) is **DENIED AS MOOT** due to the dismissal of this case upon screening.[1]

6. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

/s/Petrese B. Tucker
**PETRESE B. TUCKER, J.**

---

[1] The Motion was not considered in the Court's review of Brown's filings.